IN THE MATTER OF THE APPLICATION OF FRANCIS R. FARLEY FOR RE-CHECK AND RE-COUNT OF ABSENTEE BALLOTS AND VOTING MACHINES, BOROUGH OF NEW PROVIDENCE.

See same case below: 78 *N. J. Super.* 349.

*Messrs. Dughi and Johnstone* and *Mr. Jeremiah D. O'Dwyer* for the defendant-petitioner.

*Mr. Richard J. Traynor* for Francis R. Farley, plaintiff-respondent.

May 13, 1963. Denied.

JOSEPH PISANO JR., AN INFANT, BY HIS GUARDIAN JOSEPH PISANO, SR. AND JOSEPH PISANO SR. *ET AL.*, PLAINTIFFS-RESPONDENTS, v. S. KLEIN ON THE SQUARE, DEFENDANT-PETITIONER.

See same case below: 78 *N. J. Super.* 375.

*Messrs. Harkavy and Lieb* for the petitioner.

*Mr. Walter S. Usher* and *Mr. Arthur C. Gundersdorf* for the respondents.

May 13, 1963. Denied.